IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| TRAVIS TAYLOR, et al, | * |
| Plaintiffs, | * |
| v. | Case No. 1:20-cv-00060-LAG |
| | * |
| WHITE OAK PASTURES, INC., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 2, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 2nd day of March, 2021.

David W. Bunt, Clerk

s/ Dennis Tomlinson, Deputy Clerk